## United States Bankruptcy Court
### Northern District of Georgia

In re   **Shelia Lawana Nixon** _____   Case No. _____
                                  Debtor(s)                Chapter   **13**

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# FOR INDIVIDUALS OR JOINT DEBTORS

1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 16-2013 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ **310.00** in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

2. I am unable to pay the filing fee except in installments.

3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee:
   First Installment of $ **25.00** , with the filing of the petition.
   Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ **142.50** , on or before 30 days from the date the bankruptcy petition was filed.
   Final Installment of the remaining unpaid balance of the filing fee in the amount of $ **142.50** , on or before 60 days from the date the bankruptcy petition was filed.

5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

| /s/ Howard Slomka          January 30, 2018 | /s/ Shelia Lawana Nixon         January 30, 2018 |
|---|---|
| Signature of Attorney                  Date | Signature of Debtor                         Date |
|  | (In a joint case, both Debtors must sign) |
| **Howard Slomka 652875  GA** |  |
| Name of Attorney | Signature of Joint Debtor                   Date |

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2013)
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy