**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
    **Shelia Lawana Nixon**

Case No.: **18−51441−bem**
Chapter:  **13**

# ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

Debtor or Debtors (hereinafter Debtors) has filed an application to pay the filing fee in three installments, but did not remit in full the initial payment due at the time of filing. Accordingly, it is ORDERED that:

1. Debtor's application is granted, **provided that Debtor shall pay the balance due on the initial filing fee installment payment, in the amount of $50.00 by February 7, 2018.** If Debtor fails to pay timely this initial filing fee installment, Debtor's case will be dismissed without further notice or opportunity for hearing.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

2. If the Debtor remits the initial installment in full, debtor shall pay an amount not less than one−half of the unpaid balance of the filing fee as the second installment within 30 days of the petition date; and Debtor shall pay the remaining unpaid balance of the filing fee as the final installment within 60 days of the petition date:

Second installment of **$117.50** on or before **March 1, 2018 .**
Final installment of **$117.50** on or before **April 2, 2018.**

3. Failure by Debtor to pay timely the second or final installment will result in dismissal of the case without opportunity for hearing.

4. In accordance with Bankruptcy Rule 1006(b)(3), until the filing fee is paid in full, Debtor shall not pay, and no person shall accept, any money for services in connection with Debtor's case, and Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

The Clerk will serve this Order on Debtor, Debtor's counsel, and Trustee.

**SO ORDERED,** on January 31, 2018 .

Barbara Ellis−Monro
United States Bankruptcy Judge

Form 307 (7−Day Order Granting Application to Pay Filing Fee in Installments of Individual Chapter 7, 11, 12, or 13 cases. − Revised June, 2015)